# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| THOMAS SCHULTHEIS, an individual; TONI SCHULTHEIS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC.; AND DOES 1 THROUGH 10 INCLUSIVE,<br><br>Defendants. | Case No.: 2:19-cv-08106-RGK-JEM<br><br>Hon. District Judge R. Gary Klausner<br>Hon. Magistrate Judge John E. McDermott<br><br>[~~PROPOSED~~] ORDER APPROVING STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)<br><br>**[No Hearing Required]**<br><br>Action Filed: July 16, 2019<br>Trial Date: NA |

The Court having considered the *Stipulation to Dismiss Action With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* (the "Stipulation") entered into by and between *plaintiffs* Thomas Schultheis and Toni Schultheis and *defendant* PHH Mortgage Corporation, Successor By Merger To Ocwen Loan Servicing, LLC (collectively, the "Parties"), and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that this action is hereby dismissed as to all parties *with prejudice*.

**IT IS FURTHER ORDERED** that all hearings currently scheduled in this Action are vacated.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction for the purpose of enforcing the terms of the separate settlement agreement entered into between the Parties.

**IT IS SO ORDERED**.

Dated: January 15, 2020

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE